**ATTACHMENT H**

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| It's a Ten, Inc., a Florida corporation | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| O'Rourke Holdings, LLC, a California Limited Liability | ) |
| Company; Michael O'Rourke, an individual; | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No. **12-cv-62138-Rosenbaum/Seltzer**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  O'Rourke Holdings, LLC
1135 North Topanga Canyon Blvd.
Topanga, California 90290

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  **October 30, 2012**
_____

s/ Tamisha Powell

Steven M. Larimore
Clerk of Court

Deputy Clerk
U.S. District Courts

48