UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62138-CIV-ROSENBAUM/SELTZER

IT'S A TEN, INC.,

      Plaintiff,

v.

O'ROURKE HOLDINGS, LLC,
MICHAEL O'ROURKE, and DOES 1-10,

      Defendants.
_____/

## ORDER

This matter is before the Court upon a review of the case file. On December 10, 2012, this Court issued an Order requiring the parties to meet and confer regarding discovery and scheduling issues within twenty-one days of the filing of a response to the Complaint by any Defendant and to file a joint discovery plan and conference report with the Court within fourteen days of the parties' conference. D.E. 10, ¶¶ 2-3. Defendants filed their Motion to Dismiss on December 7, 2012. D.E. 9. Thus, the maximum time available for the parties to file a joint discovery plan and conference report expired on January 11, 2013. To date, no discovery plan and conference report has been filed by the parties.

The Court recognizes that Plaintiff has stated that it did not receive notice of Defendants' Motion to Dismiss, and on Plaintiff's motion, the Court granted Plaintiff until January 29, 2013, to file a response to Defendants' motion. However, neither party has requested an extension of the deadline to file a joint discovery plan and conference report.

Accordingly, it is **ORDERED and ADJUDGED** that on or before **February 1, 2013**, the

parties shall file a joint discovery plan and scheduling report as previously required by the Court. A failure to timely respond to this Order may result in sanctions being imposed against the offending party or parties.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 25th day of January 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record