UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62138-CIV-ROSENBAUM/SELTZER

IT'S A TEN, INC.,

    Plaintiff,

v.

O'ROURKE HOLDINGS, LLC,
MICHAEL O'ROURKE, and DOES 1-10

    Defendants.
_____/

## ORDER CONVERTING DEFENDANTS' MOTION TO DISMISS INTO MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on a review of the record. On December 7, 2012, Defendants filed a Motion to Dismiss [D.E. 9] Plaintiff's Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Defendants' Motion provides and relies on a number of exhibits outside the pleadings. Accordingly, the Court deems it appropriate to convert Defendants' Motion to Dismiss into a Motion for Summary Judgment pursuant to Rule 12(d), Fed. R. Civ. P. Defendants shall have until **March 12, 2013**, to make any desired changes to their motion and present a supporting statement of undisputed material facts. Plaintiff's response brief, and any subsequent reply brief from Defendants, shall conform to the deadlines, form, and procedures governing summary-judgment motions as set out in the Federal Rules of Civil Procedure and this Court's Local Rules.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 25th day of February 2013.

                                                               _____
                                                               ROBIN S. ROSENBAUM
                                                               UNITED STATES DISTRICT JUDGE

cc:    counsel of record