UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:12-cv-62138-RSR-ROSENBAUM

| | |
|---|---|
| IT'S A 10, INC., a Florida Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| O'ROURKE HOLDINGS, LLC, a | ) |
| California Limited Liability Company, | ) |
| MICHAEL O'ROURKE, an individual | ) |
| and DOES1-10, IN inclusive | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DEPOSITION OF DEFENDANT MICHAEL O'ROURKE**
**[CM/ECF NO. 34]**

Defendant, MICHAEL O'ROURKE, by and through undersigned counsel, hereby notifies the Court that the parties have reached an agreement regarding Plaintiff's Motion for an Order Compelling Deposition. The parties have agreed to a deposition date of Thursday, May 16, 2013 at 1:00 p.m. The parties have also agreed that Plaintiff's Response to Defendants' Motion for Summary Judgment is stayed until after the culmination of Defendant's deposition.

Dated: April 5, 2013

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd., Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: *M. Keith Lipscomb*