UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62138-CIV-ROSENBAUM/SELTZER

IT'S A TEN, INC.,

    Plaintiff,

v.

O'ROURKE HOLDINGS, LLC,
MICHAEL O'ROURKE, and DOES 1-10

    Defendants.
_____/

**ORDER SCHEDULING DEPOSITION; ORDER SETTING RESPONSE DEADLINE**

    This matter is before the Court upon Plaintiff's Motion for an Order Compelling Deposition of Defendant Michael O'Rourke [D.E. 34] and Plaintiff's Motion to Postpone Filing of Opposition to Summary Judgment Motion [D.E. 35].  On April 5, 2013, Defendants filed their response to Plaintiff's motion to compel indicating that O'Rourke has agreed to be deposed on May 16, 2013, and that the parties agree Plaintiff's summary-judgment response is not due until after the deposition. D.E. 37.  Accordingly, the Court construes Defendants' response as withdrawing any opposition to Plaintiff's motions.

    In light of the above, it is **ORDERED and ADJUDGED** that Plaintiff's Motion for an Order Compelling Deposition of Defendant Michael O'Rourke [D.E. 34] is **GRANTED**.  O'Rourke shall be deposed on <u>May 16, 2013</u>, pursuant to the parties' agreement.  This date shall not be postponed or rescheduled without leave of the Court.  It is further **ORDERED** that Plaintiff's Motion to Postpone Filing of Opposition to Summary Judgment Motion [D.E. 35] is **GRANTED**.  Plaintiff

shall file its response Defendants' summary-judgment motion by <u>May 31, 2013</u>.  Any reply brief Defendants wish to file shall comply with the timing provisions of the Local Rules.

   **DONE** and **ORDERED** at Fort Lauderdale, Florida, this 9th day of April 2013.

                                                              _____
                                                              ROBIN S. ROSENBAUM
                                                              UNITED STATES DISTRICT JUDGE

cc:   counsel of record